RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -8 A 9: 27

DEBRA P. HACKETT, CLERK

James E. Harris ) 
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 )   CIVIL ACTION NO. 2:05CV1162-F
v. )   (To be supplied by the Clerk of the
 )    U.S. District Court)
Bob Riley )
_____ )
Governor of Ala. )
_____ )
Donal Campbell )
_____ )
Prison Commissioner )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No ( )

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
           Plaintiff(s) _____
           Defendant(s) _____ N/A _____

      2.   Court (if federal court, name the district; if state court, name the county)
           _____ N/A _____

      3.   Docket No. _____ N/A _____

      4.   Name of Judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit

7. Approximate date of disposition

II. PLACE OF PRESENT CONFINEMENT Staton Corr. Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Staton Corr. Fac.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Bob Riley | 600 Dexter Ave Mont. Al |
| 2. | Donal Campbell | 1400 Lloyd St Mont. Al |
| 3. | Leon Forniss Warden | P.O. Box 56 Elmore Al 36025 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED /05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The prison overcrowded its has creating a serious problem for inmates

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Ther is no ventilation violates or Eighth Amendment inadequate heating the court And the commissioner has done anything to correct the condition or prison.

GROUND TWO: Understaff or officer cannot control the prison during a

SUPPORTING FACTS: Fight other inmates stop fight there is no protection in prison for inmate I also loss my life. In G-Dorm only one officer in the all day there is a lets or violence in the Dorm

GROUND THREE: Unsanitary food unclean garbage disposal setting

SUPPORTING FACTS: Around food. Food is not served under sanitary conditions it does not meet health standards the inmates does not have food service training the equipment is not in working condition

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Conducted an inspection of the kitchen and the whole prison. And order the state correction to grant an early release to all inmates 50 year old and older and all ill inmates

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-29, 05
             (date)

_____
Signature of plaintiff(s)

Continue from page 3 of 6

overcrowding danger decisions for court riot or violence, no space to move around in dorm there is always fights, mentally disturbed inmates and mentally ill inmates like me cannot get out the way of the fighting so we get harm. mentally ill inmates get robbery and assault sometime rape. the prison official deliberately ignored problem by looking the other way. there is not any security in the dormitories. the dormitories is overcrowded the beds is close together the inmate on the next bed hands be laying in your face when you are laying down in your bed... all the escapees and parole violators of the so-called non violent crime inmates. it is severe extremely unsanitary living conditions filthy and unfit for human being to walk in. my life is in danger the bunks is packed there is no walking space between them. A-B-C and D dorm has a 120 mens in each bay there is only two urinals basin two shower three wash basin for 120 mens. and three toilet to used. there is only two feets apart from each other. only ten minutes to used them. there is anxiety pressure and stress on me. the institutions are not in compliance with the requirement that the number of inmates not exceed the design capacity of the facility. Alabama State Prison fall below the minimum constitutional standards set forth in the push order overcrowding is the norm. there is no plan to solve "the problem; the overcrowded condition is the subject of another class action McCray v. Sullivan, 399 F. Supp. 271 (S.D. Ala. 1975). 406 F Supp. 323 and 466 F. Supp. 628 1979 Staton was designed for capacity of 508, it's has 1,375 the S. Grand" "old inmates should be granted a parole," "Federal court should order the state prison to released all inmates 55 and older."

"CONTINUE FROM PAGE (2) VENTILATION"

there is no ventilation in (G Dorm) no windows, no heat, no sunlight coming in. Insufficient light Hot water been off two to three weeks inmates had to bathe in cold water. In A.B.C. and D Dorm is insufficient heat. Insufficient bed clothing insufficient against cold. In G-Dorm there is a wall all the way to top of ceiling the officer cannot see in the bathroom or shower, there two tall wall to the shower. It is very danger to used the bathroom or take a shower young inmates get rape in shower and bathroom.

"CONTINUE FROM PAGE 3 UNDERSTAFF"

"the prison here at Staton is understaff with officer." Some inmates assume positions of authority and control over other inmates creating them to blackmail other inmates bribery and extortion they are afforded special privileges abuse other inmates. "the inmates in C-Dorm and E-Dorm have the authority to write other inmates up and hold court on them and move them out of the dorm..." "the aged and infirm is unprotected in this filth and despair condition the aged and infirm will deteriorate all are the buildings and dorm is in violations of the fire code. the living conditions in Alabama "prison constitute cruel and unusual punishment" Hon. Frank M. Johnson Jr. in his court order to all prison official that at no time shall prisoner be used to guard other prisoners - nor shall prisoner be placed in positions of authority over other inmates.

"UNSANITARY FOOD CONTINUE FROM PAGE 3"

the food is not prepared under conditions that meet minimum public health standard. the kitchen employees is train in food preparation of any food service school; the food is not proper stored under sanitary conditions. 26 years after Pugh and Newman the prison system of state of Alabama has not reached the federal court order, their time has run out.

## CONCLUSION

I am being exposure to second hand smoke causing substance cancer, increased of lung. the toxicology matter cause disease poisoning. breading nicotiana going in nose, mouth, eyes, creat physical pain and mental anguish. I am also exposed to a lot of dust and asbesto it's serious harm to my hearth. it has cause headache and pain to my chest. Staton prison is below all minimum health and safety standard... Staton prison is unfit for human habitation it's a hazard, unsafe, unhealth, for all older inmates the warden has neglect his duty to manage prison the water has become contaminated and the sewage has backup. the issue of the prison has been ignore by the warden, governer, and prison commissioner. there is no control and manage of Staton prison I am requesting that federal court protected inmates health and human life.

Jurisdiction 28 U.S.C. §1343(3)

(1) this complain is against person acting under color of state law.

(2) this action of the state official has deprived plaintiff of his constitution rights secured by the law of the land.

(A) the state prison official has and is abusing there power and authority over inmates.

(B) we as inmates the official has disadvantaged over us. we are unprotected, we need help from the federal court don't let all the inmates die in the state prison. (1) this complaint about the overcrowded (2) there is no mental health care. (3) no control management of the prison. no security in the dormtories (4) exposed to second hand smoke, (5) living conditions (6) Food service (6) the roof leak when it rain (8) G-dorm was a canning plant no windows no ventilation. (9) Staton is under staffling inadequate medical care (10) E-dorm is a metal building it danger when raining and lightning E-Gdorm did not past fire inspection. (11) excessive noise (12) low heat (13) dim light. (14) garbage disposal in kitchen. the inmates requesting that E and G dorm hereby be closed down and removed from Staton.