IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES E. HARRIS, #141 411                          *

    Plaintiff,                                      *

    v.                                              *        2:05-CV-1162-MEF

BOB RILEY, GOVERNOR, *et al*.,                     *

    Defendants.                                     *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's February 7, 2006 response, which the court construes as a

Motion for Extension of Time to comply with the court's order directing payment of an initial partial

filing fee (Doc. No. 5), and for good cause, it is ORDERED that:

1.  Plaintiff's February 7, 2006 pleading, construed as a Motion for Extension of Time (Doc.

No. 5), is GRANTED; and

2.  Plaintiff is GRANTED an extension from January 26, 2006 to February 23, 2006 to comply

with the court's order directing payment of an initial partial filing fee in the amount of $53.33.

DONE, this 10th day of February, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE