Harris

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>_____    3/15/06 |
| 1. Article Addressed to:<br>Leon Forniss, Warden<br>Staton Correctional Facility<br>PO Box 56<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:05CV1162 (Complaint to dys) | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
|  | 7005 1160 0001 2962 3502 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540