IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. HARRIS, #141411 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:05-CV-1162-MEF |
| ) | |
| BOB RILEY, GOVERNOR, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

COME NOW the defendants **Bob Riley, Donal Campbell and Leon Forniss**, and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Special Report and Answer, which are currently due on April 24, 2006. In support of the foregoing, defendants show as follows:

1. Undersigned counsel has not received the defendants' affidavits and relevant records from the plaintiff's institutional file relating to the plaintiff's complaint.

2. Undersigned counsel has contacted the defendants and requested that said documentation be forwarded to her as soon as possible.

3. The Special Report and Answer cannot be prepared without these affidavits and documents.

4. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the plaintiff.

WHEREFORE, based on the foregoing, defendants respectfully request an enlargement of time for 40 additional days, to June 5, 2006, to file their Special Report and Answer in this cause.

Respectfully submitted on this 21st day of April, 2006.

/s/ ALYCE S. ROBERTSON
ALYCE S. ROBERTSON (ROB102)
Counsel for the Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7554
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 21st day of April, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Edward Harris, #141411
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

/s/ ALYCE S. ROBERTSON
OF COUNSEL