IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. HARRIS, #141411, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1162-MEF |
| | ) |
| BOB RILEY, GOVERNOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW the Defendants, **Governor Bob Riley, Donal Campbell, and Leon Forniss,** and for answer to plaintiff's complaint, state as follows:

1. Defendants deny plaintiff's allegations and demand strict proof thereof.

2. Defendants deny that any of plaintiff's constitutional rights have been violated.

3. Defendants assert the defenses of sovereign immunity and qualified immunity.

4. Defendants Riley and Campbell cannot be held liable under respondeat superior.

.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL

 /s/  ALYCE S. ROBERTSON
ALYCE ROBERTSON (ROB102)
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 342-7554
(334) 242-2433 (fax)

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following persons, by placing same in the United States Mail, postage prepaid, on this the 2nd day of June, 2006.

James Edward Harris, #141411
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

       /s/ ALYCE S. ROBERTSON
       OF COUNSEL