IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. HARRIS, #141411 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-1162-MEF |
| ) | |
| BOB RILEY, ET AL. ) | |
| ) | |
| Defendants, ) | |

## AFFIDAVIT

**State of Alabama** :

**Elmore County** :

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared Leon Forniss, who being known to me and being by me duly sworn, deposes and says on oath as follows:

My name is Leon Forniss; I am presently employed as a Correctional Warden III With the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the complaints made by Inmate James Harris #141411. I have reviewed the complaint of Inmate Harris.

Inmate Harris has filed a previous lawsuit (CV ACTION NO. 2:05-CV-496-F) (see attached) alleging primarily the same complaints.

Staton Correctional Facility currently houses a total of 1375 inmates. There are five (5) dormitories in the main camp. One (1) dorm (E) which is an open dormitory type setting, housing 200 inmates with 16 toilets, 27 sinks, 6 showers and 2 urinals.

EXHIBIT A

Four (4) dormitories (A, B, C, D) which are bay style settings, designed with three (3) bays per dorm and houses 68 inmates in each bay for 204 total per dorm. There are 3 toilets, 3 sinks, 2 showers and 2 urinals in each bay.

Inmate Harris arrived at Staton Correctional Facility from the Alabama Department of Corrections Receiving and Classification Center on July 13, 2004. Inmate Harris was assigned to G-Dormitory at the time of his initial complaint, however, he is currently assigned to D-Dormitory. G-Dorm houses 360 inmates and sits apart from the main camp. G-Dormitory is an open setting with 18 toilets, 19 sinks, 6 urinals and 19 showers. As shift manning allows, there are at least three Officers assigned to G-Dormitory per shift. Correctional Officers patrol the Dormitory to include restroom area throughout each shift.

Inmate Harris alleges that mentally ill inmates are often the target of assaults, robberies and rapes. Inmate Harris is basically rambling with no evidence to support his claims. Most mentally challenged inmates at Staton are assigned to D-Dormitory where the Officer assigned there has been trained in dealing with this type of inmate. Staton's Officers has not had any major problems with the inmate population in not being able to maintain control.

Staton's kitchen received a score of 95 on their last Health Inspection which clearly shows that the unsanitary conditions which inmate Harris alleges does not exist. Staton has recently received a new dishwasher, steampots, and refrigerators placing its equipment in excellent working order.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Harris concerning the allegations on which his complaints is based. I deny that I have violated any well-established civil rights of Inmate James E. Harris.

*Leon Forniss*
LEON FORNISS

SWORN TO and SUBSCRIBED before me this 28 day of April 2006.

*Annie Latimore*
NOTARY PUBLIC

12/06/2008
My Commission Expires:

INMATE, MULLIKIN

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00496-MEF-SRW

Harris v. Campbell et al (INMATE2)  
Assigned to: Hon. Chief Judge Mark E. Fuller  
Referred to: Honorable Susan Russ Walker  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/26/2005  
Jury Demand: None  
Nature of Suit: 555 Habeas Corpus (Prison Condition)  
Jurisdiction: Federal Question

**Plaintiff**

**James Edward Harris**　　　　　represented by **James Edward Harris**  
　　　　　　　　　　　　　　　　　　　　　　　AIS# 141411  
　　　　　　　　　　　　　　　　　　　　　　　Staton Correctional Facility  
　　　　　　　　　　　　　　　　　　　　　　　PO Box 56  
　　　　　　　　　　　　　　　　　　　　　　　Elmore, AL 36025  
　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Donal Campbell**　　　　　　　represented by **Andrew Weldon Redd**  
*Commissioner*　　　　　　　　　　　　　　　Alabama Department of Transportation  
　　　　　　　　　　　　　　　　　　　　　　　Legal Bureau  
　　　　　　　　　　　　　　　　　　　　　　　1409 Coliseum Boulevard  
　　　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36110  
　　　　　　　　　　　　　　　　　　　　　　　(334) 24-26350  
　　　　　　　　　　　　　　　　　　　　　　　Fax: (334) 264-4359  
　　　　　　　　　　　　　　　　　　　　　　　Email: redda@dot.state.al.us  
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Leon Forniss**　　　　　　　　represented by **Andrew Weldon Redd**  
*Warden*　　　　　　　　　　　　　　　　　　(See above for address)  
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt. Brown**　　　　　　　　　represented by **Andrew Weldon Redd**  
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)  
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 05/26/2005 | 1 | [STRICKEN AS AN ERRONEOUS DOCKET ENTRY-SEE INMATE COMPLAINT DOCKET ENTRY FILED 5/26/05 FOR CORRECTION] COMPLAINT against all defendants, filed by James Edward Harris. (ajr, ) Modified on 9/1/2005 (djy, ). (Entered: 06/01/2005) |
| --- | --- | --- |
| 05/26/2005 | 2 | BRIEF in Support of 1 Complaint filed by James Edward Harris. (ajr, ) (Entered: 06/01/2005) |
| 05/26/2005 | 3 | Application to Proceed Without Prepayment of Fees and Affidavit by James Edward Harris. (ajr, ) (Entered: 06/01/2005) |
| 05/26/2005 |   | Inmate 1983 COMPLAINT against all defendants filed by James Edward Harris. (NO PDF document attached to this notice-See Docket Entry 1 for PDF document which was erroneously docketed using the incorrect event code)(djy, ) (Entered: 09/01/2005) |
| 06/21/2005 | 4 | ORDER granting 3 Application to Proceed Without Prepayment of Fees to the extent that payment is required under this order; that on or before 7/5/05 plaintiff shall forward the sum of $65.00 as an initial partial filing fee; furnished to account clerk at Staton Correctional Facility, intake; Filing Fee due by 7/5/2005. Signed by Judge Susan Russ Walker on 6/21/05. (ajr, ) (Entered: 06/21/2005) |
| 07/06/2005 |   | Filing fee: $65.00, receipt number 106896 (ajr, ) (Entered: 07/07/2005) |
| 07/19/2005 | 5 | ORDER TO FILE SPECIAL REPORT within 40 days from the date of this order; copies mailed to plaintiff; mailed by CMRRR with complaint to named defendants. Signed by Judge Susan Russ Walker on 7/19/05. (ajr, ) (Entered: 07/19/2005) |
| 07/25/2005 | 6 | Return Receipt Card showing service of complaint and order of procedure signed by Tiffany Loveless for Leon Forniss served on 7/22/2005, answer due 8/29/2005; Lt. Brown served on 7/22/2005, answer due 8/29/2005. (ajr, ) (Entered: 07/26/2005) |
| 08/31/2005 | 7 | *Answer and Special Report* ANSWER to Complaint by Donal Campbell, Leon Forniss, Lt. Brown. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Redd, Andrew) Modified on 9/1/2005 to create docket relation to INMATE COMPLAINT entry (qc/djy, ). (Entered: 08/31/2005) |
| 08/31/2005 |   | ***Attorney Andrew Weldon Redd for Lt. Brown; Donal Campbell and Leon Forniss added. (NO PDF document attached to this notice). (djy, ) (Entered: 09/13/2005) |
| 09/08/2005 | 8 | ORDER that within 21 days of this order plaintiff shall file a response to the special report; Signed by Judge Susan Russ Walker on 9/8/05. (ajr, ) (Entered: 09/08/2005) |
| 09/16/2005 | 9 | MOTION for Extension of Time to File Response to answer and special report by James Edward Harris. (ajr, ) (Entered: 09/19/2005) |
| 09/20/2005 | 10 | ORDER granting 9 Motion for Extension of Time to File Response to answer and special report; Responses due by 10/28/2005. Signed by |

| | | |
|---|---|---|
| | | Judge Susan Russ Walker on 9/20/05. (ajr, ) (Entered: 09/20/2005) |
| 09/28/2005 | 11 | MOTION to Appoint Counsel by James Edward Harris. (ajr, ) (Entered: 09/29/2005) |
| 09/28/2005 | 12 | MOTION for production of documents by James Edward Harris. (ajr, ) (Entered: 09/29/2005) |
| 09/28/2005 | 13 | RESPONSE in Opposition re 7 Answer to Complaint, by James Edward Harris. (ajr, ) (Entered: 09/29/2005) |
| 10/05/2005 | 14 | ORDER granting 12 Motion for Production of Documents; that on or before 10/21/05 counsel for defendants shall file a copy of the documents described and serve a copy of same on plaintiff; directing clerk to send to counsel of record a copy of document #12; Signed by Judge Susan Russ Walker on 10/5/05. (ajr, ) (Entered: 10/05/2005) |
| 10/05/2005 | 15 | ORDER denying 11 Motion to Appoint Counsel . Signed by Judge Susan Russ Walker on 10/5/05. (ajr, ) (Entered: 10/05/2005) |
| 10/05/2005 | | Partial Filing fee: $ 140.00, receipt number 107879 (djy, ) (Entered: 10/06/2005) |
| 10/12/2005 | 16 | Response to Order *Defendants' Response to Motion for Production* by Donal Campbell, Leon Forniss, Lt. Brown. (Redd, Andrew) (Entered: 10/12/2005) |
| 10/12/2005 | | REPLY to Response to Motion re 12 MOTION to Produce filed by Donal Campbell, Leon Forniss, Lt. Brown. (NO PDF ATTACHED - SEE DOC. 12) (ajr, ) (Entered: 10/26/2005) |
| 11/07/2005 | | Filing fee: $45.00, receipt number 108341 (ajr, ) (Entered: 11/07/2005) |
| 04/18/2006 | 17 | MOTION for Appointment of Counsel by James Edward Harris. (ag, ) (Entered: 04/18/2006) |
| 04/24/2006 | 18 | ORDER denying 17 Motion to Appoint Counsel . Signed by Judge Susan Russ Walker on 4/24/2006. (ag, ) (Entered: 04/24/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/02/2006 10:18:05 | | | |
| PACER Login: | ag0460 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-00496-MEF-SRW |
| Billable Pages: | 2 | Cost: | 0.16 |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY 26 A 9 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Edward Harris
_____
Full name and prison number
of plaintiff(s)

v.

Donal Campbell,
Commissioner
Cedd Fordiss
Warden And
Jr. Brown
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV496-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

    B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiff(s) _____
           _____

           Defendant(s) _____
           _____

        2. Court (if federal court, name the district; if state court, name the county) _____
           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Staton Correctional Facility P.O. Box 56 Elmore, Ala. 36025

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Staton

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. Donal Campbell, 1400 Lloyd St. Mont, Ala. 36107
2. Todd Forniss, P.O. Box 56 Elmore, Ala. 36025
3. JT Bruno, P.O. Box 56 Elmore, Ala. 36025
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED From July-2004-And Continuing

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Deliberate Indifference Medical Needs

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_See Brief_

GROUND TWO: _Violation of 8th Amendment Overcrowding_

SUPPORTING FACTS: _See Brief_

GROUND THREE: _Violation of 8th Amendment Cruel And Unusual Punishment_

SUPPORTING FACTS: _See Brief_

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See Brief_

_[Signature]_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5-24-05  .
                (Date)

_[Signature]_
Signature of plaintiff(s)

4