IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. HARRIS,
    PLAINTIFF,

VS.    CASE NO- 2:05-CV-1162-MEF

BOB RILEY GOVERNOR, et al.,
    DEFENDANTS.

## MOTION IN OPPOSITION IN RESPONSE to the DEFENDANTS SPECIAL REPORT

### AFFIDAVIT

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared James Harris, who being known to me and being by me duly sworn, deposes and says on oath as follows: My name is James Edward Harris. I am presently incarcerated at Staton Correction center in Elmore County under the hands and custody of said Warden Leon Forniss. I am over twenty-one years of age and I'm good sound mind and judgment to testify to the issue in this complaints against all defendants that this complaints is true. There is no false statement in the complaint or this affidavit. Plaintiff moves this Honorable Court for an evidentiary hearing on the merits of this complaint. Plaintiff will shown why this motion should be granted.

Sworn to and subscribed before me this 12 day of June, 2006 A.D. County of Elmore, State of Alabama.

    James Harris
    AFFIANT

    _____
    NOTARY PUBLIC

MY COMMISSION EXPIRES: 4/4/2010

## RULE OF CIVIL PROCEDURE AND ARGUMENT

(1) The plaintiff complaint against the defendants is undisputed material facts. The plaintiff have on file exhibit that exist to the complaint on the incident before date 12/2/04 disciplinary report hearing 12/7/04 Hon: Susan Russ Walker United States Magistrate Judge granted plaintiff motion for production and ordered the counsel for the defendants to file a copy of incident/disciplinary report. This is strict proof thereof.

(2) There is no genuine issue as to any material fact of the defendants special report. It is confute and tenuous it should be dismissed with prejudice.

(3) There is a genuine issue for trial on behalf of the plaintiff. He has present by affidavit facts essential to prove his opposition to the court.

(4) Warden has fail to file his mental ill report to the Honorable as order to do so by the U.S. Magistrate, he is not in compliance, it is guilty of contempt and he is in default.

A. In the plaintiff complaint, it is true that the prison at Staton Corrections Facility is well overcrowded during the meal time, inmates has to stand up to eat their meal. The LT. and warden have all the table and chair brought out of the law libaray into the chow hall the law libaray be close until after the meal.

B. The prison staff is inadequate most officer work 1st and 2nd shift. 2nd and 3rd shift it is under staff. Some of the officer fall sleep and tell inmate to hot-raid for them.

C. There is a lot of assaults on mentally ill inmates the strong inmate take there ID and draw off the snack line and the store. The prison official does nothing about it. When the inmates complaint about it the officer just smile tell them get down the dam hall. That your problem not mine.

## Facts and Merits of the Issues

(1) The food service conditions are equally unsanitary. Food is improperly stored in dirty storage units. The rice, beans, oatmeal, and meal, flour, is often infested with insects. Mechanical dishwashers are not adequately maintained and therefore do not even approach the minimum temperature required for proper sanitation.

(2) The food service personnel who are inmates are untrained and do not have proper sanitation procedure in the handling and preparation of food. The inmates handling the food does not have food service train. The food supervisor does not have a bachelor's level training in dietetics. Garbage is open in dining hall during meal time, slop on the floor.

(3) "Plaintiff is requesting that the magistrate judge and chief judge with federal health inspection visit and go over the whole prison."

(4) Inmates 50 years old and older work on farm and other jobs they have hypertension/heart problems and on other medication.

(5) The warden, assist warden Lt. Capt. and Governor Riley cannot deny this the issue stated in this affidavit, Bob Riley and Donal Campbell came out to Staton Corrections Center and saw what was going on and did nothing about the cruel and unusual punishment.

(6) Ronnie Painter told Sgt. Golden when he get out the lock-up he was going to do something to plaintiff. Sgt. Golden put inmate Painter in lock-up and left order for him to stay locked up. Lt. Browning let inmate Ronnie Painter out lock-up. The plaintiff was setting on his bed. Inmate Painter poured hot water in the plaintiff face and tried to hit plaintiff with a lock tied to a belt. Lt. Browning let Painter out the lockup which was a risk for bodily harm to plaintiff, threats was made on plaintiff life. That is a violate fail to protect a inmate from violance, assault remain everyday amongs the general prison population at Staton.

## FACES OF the CASE IN COMPLAINT

1. E-DORM is a warehouse it was the canning plant, it has NO ventilation, NO windows, it rain water come down in roof there is a major electrical shortages which can cause death. there is a very serious risk of explosion.

2. there is no new dishwasher or refrigerator in the kitchen. there is no officers that have any specific training to work with mentally ill inmates.

3. Plaintiff has it is got proper grounds in this sworn affidavit, and says that there is genuine issues to any material fact for a hearing and a trial by jury, Plaintiff is entitled to a judgment as a matter of law.

4. the Defendants Special Report is delusion and deceiving the court it is in Bad Faith. there is asbestos in B-DORM

5. the Prison Official must protected inmate from violence most of the DORM is a place of Fear and violence like G-A- and B DORM. the DORM is dangerous the guards will not enter alone.

6. the Chow-hall is filthy it fall far below all minimum health and safety standards Staton Correction Facility is unfit for human habitation...

7. the inmates that have emotional and mental problems cannot get any treatment or help for the prison officers. Non violent and violent inmates all in the same DORM, most inmates stay up all night

8. the evidence is a lack of professional leadership.

9. this problem has not been solve for over 29 years.

# Argument and Laws

(A) The bed clothing, medical attention unsanitary food. Brutality used by officer has not stop. Lake v. Lee 329 F.Supp 196 (1971).

Prisoners do not lose all their constitutional rights and among other safeguards Eight Amendment's prohibition against cruel and unusal punishment incorporated into due process clause of fourteenth amendment. Unconstitution conditions of treatment imposed by prison authorities Amend 8, 14 U.S.C.A. Const.
Newman v. State of Alabama. 349 F.Supp 278 1972. Const. law 272. Crim.law 1213.
Jurisdiction is founded upon 28 U.S.C § 1343
Washington v. Lee 263 Fsu 821

(B) Prison official must realize that prisoners do not lose all their constitutional rights, and that they are entitled to redress their grievances
Jackson v. Godwin 400 F.2d 529
Diamond v. Thompson 363 F.Supp 659 (1973),
Morrissey v. Brewer, 408 U.S. 471 481, 92 S.ct 2593 33 l.ed 2d 484 1992.
Pugh v. Locke 406 F.Supp 318 (1976)
Prisoners are entitled to be free of conditions which constitute cruel and unusual punishment,
James v. Wallace, Pugh v. Locke 406 F.Supp 318; 1976 U.S. Dist.

(C) Not only is it cruel and unusual punishment to confine a person in an institution under circumstances which increase the likelihood of future confinement, but these same conditions defeat the goal of rehabilitation
James v. Wallace, Washington v. Lee
Holt v. Sarver 309. F.Supp at 379

(D) Alabama prisons been overcrowded since 1991 the court order did not change anything in prison system.

MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, _James Harris_, a United States Citizen made this motion to proceed without prepayment of fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in forma pauperis in this action. I unable to make prepayment of fees or to give security, because of a poor persons. It is my belief that I am entitled to redress I seek in this matter. that I intend to present to this Honorable Court.

Sworn to and subscribed before a Notary Public, for said County and State of Alabama, I official set and seal my hands, under oath on this ___ day of June 2006 A.D. County of _Elmore_ State of _Alabama_

_James Harris_
AFFIANT

_[signature]_
NOTARY PUBLIC

MY COMMISSION EXPIRES: 4/4/2010

## CONCLUSION

The Plaintiff pray that this Honorable Court will take a full and close review on all merits in this complaint. On the grounds that there is genuine issue to the material facts that has been present to this court. It is the discretion of this Honorable court to enter an appropriate order with respect to the laws and evidence in this matter, and to grant whatever the law provides in this case, for such other and further additional relief, as this court may deem.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing Response in Opposition to the Defendants Special Report has been served upon the Honorable Susan Russ Walker United States Magistrate Judge, United States District Court P.O. Box 711 Montgomery, County, Alabama 36101-0711 by placing a copy in the prison mail box at Staton Correction Center Elmore, Alabama 36025-0056 for the United States Mail First Class and properly addressed. Postage personally paid.

Office of the Clerk.
Hon: Debra P. Hackett
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

James Edward Harris
AIS# 141411
Staton Correctional Center
P.O. Box 56
Elmore, AL 36025-0056