IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES E. HARRIS, # 141411            *
    Plaintiff

                               *

v.                                          CIVIL ACTION NO.
BOB RILEY, GOVERNOR, etal.,          *      2;05-CV-1162-F

                               *

RECEIVED
2006 JUN 20 A 9:58

## MOTION TO LEAVE OF THE COURT AND AMEND JURY TRIAL (FCRP38) STATUTES PROCEDURE

(A) The Plaintiff Demands a jury trial accordingly as status RULE PROCEDURES (FCRP 38)

### COUNT# II

### MOTION TO LEAVE OF THE COURT AND REQUEST FOR A STATUS REPORT AND WHERE THE CIVIL CASE STANDING

(B). The Plaintiff also requests for a STATUS REPORT ON WHERE THE CASE BEEN AND WHERE THE CIVIL CASE IS STANDING NOW

### CERTIFICATION OF SERVICE

I the plaintiff JAMES E. HARRIS, # 141411 Swears i have served these two motions upon the UNITED STATES MIDDLE DISTRICT COURT TO THE CLERK OF COURT OFFICE THIS DAY OF __19__ MONTH OF __June__ AND 2006 YEAR

_James E. Harris #141411_
MR. JAMES E. HARRIS # 141411
STATON CORRECTIONAL CENTER
P.O. BOX 56
ELMORE ALABAMA 36025