RECEIVED

IN THE UNITED STATES MIDDLE DISTRICT COURT

JAMES HARRIS
141411
  Plaintiff

Vs.

BOB RIPLEY/etal
  Defendants

CIVIL ACTION NO.
CV-1162-MEF

REQUESTING TO INSPECT COPY OF 1983 & Exhibits & Brief

Motion to Leave and Amend (FCRP 29) Statutes Procedures to Inspect Copies of RECORDS

## COUNT. I

(1.) The plaintiff need copies of the following to Answer the United States Court of Appeals In Atlanta GA, IN SPECIAL REPORT (ASAP)
(A.) 1983 FORM
(B.) Brief
(C.) All Exhibits
↑ TAKE NOTICES

## COUNT. II

(2.) The Plaintiff Ask the MIDDLE DISTRICT COURT TO DEDUCT MONEY For Copies From Prison P.M.O.D STATON CORRECTIONAL CENTER ELMORE Alabama

## Certification of Service

I James Harris 141411 Have Served A True and Correct Copies of this Motion to Inspect upon the following parties by the U.S. Mailing Service Hands Delivery to Clerk of Court and Mr. James Harris #141411

Done This Day of 26 and Month of June 2006

*James E. Harris*
James Harris 141411
D-1-19-B-SCC
P.O. Box 56
Elmore Ala, 36025