IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES E. HARRIS, #141 411 | * |
| Plaintiff, | * |
| v. | *    2:05-CV-1162-MEF |
| BOB RILEY, GOVERNOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Status, and for good cause, it is

ORDERED that the motion (Doc. No. 16) is GRANTED. Plaintiff is advised that this case is pending on his complaint, Defendants' written report, and Plaintiff's opposition. Plaintiff is further advised that no additional pleadings are necessary to a determination of the issues presented herein, and he will be informed of any action undertaken by the court on his complaint.

DONE, this 28th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE