IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES E. HARRIS, #141 411          *

    Plaintiff,                     *

    v.                             *     2:05-CV-1162-MEF

BOB RILEY, GOVERNOR, *et al*.,     *

    Defendants.                    *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for various pleadings and/or documents which the court construes as a motion for free copies. (Doc. No. 17.) Plaintiff indicates that he needs copies of "1983 Form," "Brief," and "All Exhibits" so he can "answer the United States Court of Appeals . . . in special report (ASAP)." (*Id*.) Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. No. 17) be and is hereby DENIED.

Plaintiff's request for copies fails to provide the court with sufficient notice of the specific documents he is requesting. Further, Plaintiff is advised that neither the court nor Defendants are required to provide him with copies of documents without prepayment of costs. If Plaintiff wishes to receive copies from this court, he may do so upon prepayment of fifty (.$50) cents per page. It is his responsibility to make the necessary payment

arrangements with the account clerk at the institution in which he is presently incarcerated.

Plaintiff is further informed that it is his responsibility to make and retain copies of any and all pleadings, documents, and/or records he files with the court. He may utilize any means available to him to produce copies of those documents, pleadings, and/or records he seeks to submit to this court including, but not limited to, handwritten copies of such materials.

DONE, this 29th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE