To Clerk Of Court:

My name is James Harris, and my Alabama Prison number is 141411. Currently, I am detained at Kilby Correctional facility, and I have been transferred on numerous occasions from facility to facility. Whereas, I have a pending legal action Middle District of Alabama / U.S. District Court. Thus, I am informing the Court that I have a new forwarding address at Kilby Correctional facility, P.O. Box 150, Mt. Meigs, Al 36057. Where, I hope the appropriate legal correspondence will be forwarded to myself. In addition, my case number is 05-CV-1162-MEF.

7-17-06
Date

Sincerely,
James E Harris
Signature