IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVSIION

| | |
|---|---|
| **JAMES E. HARRIS, #141411**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| vs.  ) | |
| ) | CASE NO.: 2:05-cv-1162-MEF |
| ) | |
| **BOB RILEY, GOVERNOR, et al.**  ) | |
| ) | |
| **Defendants.**  ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Assistant Attorney Billington M. Garrett and respectfully requests that the Court substitute for Assistant Attorney General Alyce S. Robertson, Billington M. Garrett as attorney of record for Defendants **Bob Riley, Donal Campbell and Leon Forniss**. The Court and the Circuit Clerk are asked to amend the case file to reflect this change of counsel on the case docket sheet and hereafter forward notice of all hearings and court orders to Assistant Attorney General Garrett at the following address:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7248
bgarrett@ago.state.al.us; consumerfax@ago.state.al.us

1

Respectfully submitted this the 21st day of July, 2006.

/s/ BILLINGTON M. GARRETT
BILLINGTON M. GARRETT (GAR029)
Assistant Attorney General

# CERTIFICATE OF SERVICE

I do hereby certify that I have, this 21st day of July, 2006, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Edward Harris, #141411
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

/s/ BILLINGTON M. GARRETT
OF COUNSEL