IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES HARRIS, AIS# 141411

VS.

BOB RILEY, GOVENOR, et al.,

Case No: 2:05-CV-1162-MEF

## NOTICE TO THE COURT

COMES NOW, the Plaintiff, James Harris, [hereinafter Plaintiff] by-way of Pro-se litigation and with the assistance of Iny-Counsel hereby gives this Honorable Court notice of the following:

1. The above styled cause litigation is presently pending before this Honorable Court in regards to the unsafe and deplorable living conditions within the "Warehouse Dorms" in D.O.C. That Govenor Riley has ordered to be closed;

2. D.O.C. is in direct violation of this Order because the "Warehouse Dorms" are still being used;

3. The Plaintiff is presently being housed in a "Warehouse Dorm" at Kilby Correctional Facility;

4. The "Warehouse Dorm" that houses the Plaintiff is unsafe because of overcrowding that place his life in danger and it is excessively

hot and the living conditions are unsanitized [filthy]

5. The Plaintiff is a certified mental health inmate that has serious medical needs that are being worsen by the excessive heat in M Dorm; [epilepsy seizures]

6. The Plaintiff has been "Ordered" by the Court systems in Montgomery and Birmingham, Alabama to be placed in a mental hospital for evaluation and treatment;

7. The Plaintiff is desirous of this Honorable Court to hold a Pre-trial conference pursuant to Rule 16 Federal Rules Of Civil Procedures to expedite the disposition of this action.

Done this 8th day of August, 2006

x James E. Harris
JAMES HARRIS
AIS# 141411
P.O. Box 150
MT. MEIGS, ALA. 36057

Sworn to and subscribed before me this 8th day of August, 2006.

Cynthia M. Butler
Notary Public Signature

12-15-2009
My Commission Expires

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on the Respondent(s) properly addressed and postage prepaid by placing it in the U.S. mail at Kilby Correctional Facility on the 9th day of August, 2006.

x _James E. Harris_
JAMES HARRIS
AIS # 141411
P.O. Box 150
MT. MEIGS, AL 36057