IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES E. HARRIS, #141 411 | * |
| Plaintiff, | * |
| v. | *   2:05-CV-1162-MEF |
| BOB RILEY, GOVERNOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's pleading filed August 16, 2006, which the court construes as a Motion for Pre-trial hearing, and for good cause, it is

ORDERED that the motion (Doc. No. 23) be and is hereby DENIED.

Done, this 18th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE