Dear Sue Russ Walker,

I am currently in the hospital. I am at Carraway in Birmingham, 10th floor. I was released from prison on the Oct. 25th. I would like you to check into my case. The other party has not responded. Could you contact me as soon as possible. Once again I am on the 10th floor at Birmingham Carraway hospital. The telephone number is 502-1410. My code is 2812. Thank you so much for your help.

Thank you again,

Jamie Hessin (signature)

Civil Action # 2:05-cv-1162-MEF
Case # 2:05-cv-1162-MEF
Case # 7:05-cv-00839-LSC-HGD
AIS # 141411        2:05cv496-MEF

P.S. I am requesting a court appointed attorney and a new court date.