Harris

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Paul Rogers
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
PAUL Rogers

1. James Edward Harris
141411
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL 36057

'ress different from item 1?  ☐ Yes
delivery address below:  ☐ No

2:05cv1162 #25 (Order to show Cause)

☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 4752

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540