IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES E. HARRIS, #141 411 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1162-MEF |
| BOB RILEY, GOVERNOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the court's order entered November 8, 2006 (Doc. No. 25) be WITHDRAWN.

DONE, this 15th day of November 2006.

                      /s/Susan Russ Walker
                      SUSAN RUSS WALKER
                      UNITED STATES MAGISTRATE JUDGE