In the United States District Court
For the Middle District of Alabama

James E. Harris
    Plaintiff,

vs.

Bob Riley, Governor, et.,al.
    Defendants,

RECEIVED

2:05-CV-1162-MEF-34
Case Number:

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Request A updated Case Action Summary Sheet, and Status Report

Come now the plaintiff James E. Harris, through the assistance of another inmate, hereby request from this honorable Court an updated Case Action Summary Sheet, and updated Status Report of the following Case Number # CV-1162-MEF., and Case # CV-00829-LSC-HGD.

Done this 11th day of October 2006.

Respectfully Submitted.

James E. Harris #141411
James E. Harris 141411

### Certificate of Service

I, hereby Certify that I have Served a Copy of the foregoing document "Plaintiff's Request A updated Case Action Summary Sheet, and Status Report," upon the Clerk's office of the United States District Court. For the Middle District of Alabama, by placing same into the U.S. Mailbox here at Kilby Correctional Facility inmate legal mailbox, properly address and postage prepaid.

James E. Harris #141411
James E. Harris 141411
Kilby Corr. Facility
P.O. Box 150
Mt. Meigs, ALA. 36057