IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES E. HARRIS, #141 411 | * |
| Plaintiff, | * |
| v. | *    2:05-CV-1162-MEF |
| BOB RILEY, GOVERNOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Updated Case Action Summary Sheet and Status Report, and for good cause, it is

ORDERED that the Motion for Status (Doc. No. 30) is GRANTED. Plaintiff is advised that this case is pending on his complaint, Defendants' written report, and Plaintiff's opposition. Plaintiff is further advised that no additional pleadings are necessary to a determination of the issues presented herein, and he will be informed of any action undertaken by the court on his complaint.

The Clerk is DIRECTED to furnish Plaintiff with a copy of the case action summary sheet in this matter.

DONE, this 21st day of November 2006.

                                              <u>/s/Susan Russ Walker</u>
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE