2:05CV1162-MEF

TO: Susan Russ Walker
FROM: James E. Harris #1414
DATE: November 29, 2006

RECEIVED
2006 NOV 30  A 9:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I will be going to Bryce Hospital in Tuscaloosa, AL on December 5, 2006

If you need me for court or any questions, I can be reached at Bryce Hospital.

*James E Harris*
_____