Dear Ms. Walker,

RECEIVED
2006 DEC -1 P 2: 34
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

First, I would like to wish you a very merry Christmas and best wishes for this holiday season.

The reason I had no address upon my release from prison is that Pickens County seized my home and my assets, and put me in prison.

I am being discharged to Bryce Hospital on December 5 from Carraway Hospital. If you require any information about me or my situation, please contact the staff at either Carraway Hospital, 10 Goodson or Bryce Hospital.

Please inform Mr. Riley's attorneys that as soon as I have a mental

evaluation at Bryce Hospital, my lawyers will provide them with an address for me.

Please inform Donal Campbell of the same.

I am in the process of fulfilling my promise to you to seek help for my condition and get a mental evaluation. My discharge papers from Bryce Hospital will confirm this. I have never lied to you and appreciate your concern for me.

With my sincerest thanks,

*James F Harris*